Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Columbia

LEO WEST

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

MIKE BOST

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case: 1:25-cv-02589   JURY DEMAND
Assigned To : Unassigned
Assign. Date : 8/7/2025
Description: Pro Se Gen. Civ. (F-DECK)

Jury Trial: *(check one)*  ☒ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

**RECEIVED**
AUG 0 7 2025
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: LEO WEST
Street Address: 820 CHESAPEKE ST
City and County: WASHINGTON, DC
State and Zip Code: MARYLAND 20032
Telephone Number: 202 424 4697
E-mail Address: WLEO64368@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Chairman
MIKE BOST
Governor
364 Cannon Building
Washington, DC
Maryland, 20515

Jack Bergman
Governor
364 Cannon Building
Washington, DC
Maryland, 20515

Nancy Mack
Governor
364 Cannon Building
Washington, DC
Maryland, 20515

Mariannette Miller-Meeks
Governor
364 Cannon Building
Washington, DC
Maryland, 20515

Juan Ciscomani
Governor
364 Cannon Building
Washington, DC
Maryland, 20515

KEITH SELF
Governor
364 Cannon Building
Washington, DC
Maryland, 20515

JEN KIGGANS
Governor
364 Cannon Building
Washington, DC
Maryland, 20515

ABE HAMADEH
Governor
364 Cannon Building
Washington, DC
Maryland, 20515

KIMBERLYN KING-HINDS
Northern Mariana Islands
364 Cannon Building
Washington, DC
Maryland, 20515

TOM BARRETT
Governor
364 Cannon Building
Washington, DC
Maryland, 20515

AMATA COLEMAN
GOVENNOR
364 CANNON Building
WashingTon, DC
MaryLand, 20515

RADE WAGEN
GOVENOR
364 CANNON Building
WashingTon, DC
MaryLand, 20515

DERRICK VAN ORDEN
GOVENOR
364 CANNON Building
WashingTon, DC
MaryLand, 20515

MORGAN LUTTRELL
GOVENOR
364 CANNON Building
WashingTon, DC
MaryLand, 20515

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* __LEO WEST__, is a citizen of the State of *(name)* __Maryland__.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* __MIKE BOSI__, is a citizen of the State of *(name)* __Maryland__. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.  **If the Basis for Jurisdiction Is a Federal Question**

    List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. §1001 - STATEMENT IN GENERAL: FraudLENT STATEMENT DOCUMENT. DIFFRENT STATEMENTS ON GOVERMENT SHELTER.

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

    1.  The Plaintiff(s)

        a.  If the plaintiff is an individual
            The plaintiff, *(name)* LEO WEST, is a citizen of the
            State of *(name)* MaryLand.

        b.  If the plaintiff is a corporation
            The plaintiff, *(name)* _____, is incorporated
            under the laws of the State of *(name)* _____
            and has its principal place of business in the State of *(name)* _____

        *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

    2.  The Defendant(s)

        a.  If the defendant is an individual
            The defendant, *(name)* MIKE BOST, is a citizen of
            the State of *(name)* MaryLand. Or is a citizen of
            *(foreign nation)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

14,000,000

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

§ 1001 - STATEMENT IN GENERAL, FRAUDULENT STATEMENTS ON GOVERMENT DOCUMENT, ON GOVERMENT SHELTER.
ACCESS HOUSING / VETERAN AFFAIR

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

CONFUSING VOICES
FALSE ACTUZATION
FALSE APPLACION
ON GOVERMENT SHELTER
GOVERMENT VETERAN SHELTER

FALSE STATEMENTS
ACCESS HOUSING SHELTER
VETERAN AFFAIR

14.000,000

Page 4 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff        *Leo West*
Printed Name of Plaintiff     LEO WEST

### B. For Attorneys

Date of signing: _____

Signature of Attorney        _____
Printed Name of Attorney     _____
Bar Number                   _____
Name of Law Firm             _____
Street Address               _____
State and Zip Code           _____
Telephone Number             _____
E-mail Address               _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

Or is incorporated under the laws of *(foreign nation)* _____ and has its principal place of business in *(name)* _____

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

~~$~~ /21,000

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

§ 1001 - STATEMENT IN GENERAL, FraudLENT STATEMENTS ON GOVERMENT DOCUMENTS ON GOVERMENT SHELTER.
ACCESS HOUSING/VETERAN AFFair

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.;

CONTFUESION
FALSE ACTUZASION
FALSE APPLASIONS
FALSE STATEMENTS
ON GOVERMENT SHELTER

ACCESS HOUSING
VETERAN AFair
$121,000

~~$~~,~~$~~

Page 4 of 5